# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JESSE KRUMMEL, SR., *o/b/o* J.J.K.

                                      PLAINTIFF

v.                          5:19-cv-00230-SWW-JJV

ANDREW SAUL,
Commissioner,
Social Security Administration,                          DEFENDANT

## **ORDER**

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 5th day of February, 2020.

                                                      /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE